

OLIVIA WILSON

v.

ALLY FINANCIAL, INC.

NATIONAL ASSET RECOVERY

Case No.: 0:23-cv-05151-SAL

Motion for Default Judgement

Olivia D. Wilson
243 Drayton Hall Drive
West Columbia, SC 29172
owilson28@yahoo.com
2/5/2024

Judge Sherri A. Lydon
U.S. District Court
901 Richland Street
Columbia, SC 29201

Re: OLIVIA WILSON v. ALLY FINANCIAL, INC. & NATIONAL ASSET RECOVERY

    Case Number: 0-23-cv-05151-SAL

Your Honor,

I am writing to respectfully request a default judgment in the case of OLIVIA WILSON v. ALLY FINANCIAL, INC. & NATIONAL ASSET RECOVERY, given that the defendants have failed to respond within the timeframe set by this honorable court.

On January 16, 2024, this court issued a notice directing the defendants to respond to the motion to amend by January 30, 2024, with an additional 3 days if served by mail. Despite the passage of the stipulated timeframe, the defendants have neglected or refused to comply with the court's directive.

In accordance with the rules of this court, as outlined in the Federal Rules of Civil Procedure, I am hereby requesting a default judgment be entered in my favor due to the defendant's failure to respond. I believe this is the appropriate course of action, as the defendant's lack of engagement not only hampers the legal process but also prejudicially affects my ability to pursue a fair resolution to this matter.

I respectfully request that the court consider this motion and, if appropriate, enter a default judgment in my favor. I am open to any further instructions or requirements the court may have in this regard.

Thank you for your attention to this matter, and I trust that justice will be served.

Sincerely,

*[signature: OLOW]*

Olivia D. Wilson
Attorney-in-fact for OLIVIA WILSON

State of: South Carolina
County of: Calhoun
The foregoing instrument was acknowledged before me 5th day of February, 2024
*[signature: Shameka Bradley]*, Shameka Bradley
Your Name Here, Notary Public
My Commission Expires 07-18-2033

*[Notary seal: SHAMEKA BRADLEY, NOTARY PUBLIC, STATE OF SOUTH CAROLINA, MY COMMISSION EXPIRES 07/18/2033]*